```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    THEOPHOUS H. REAGANS
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8943
         Facsimile:  (415) 744-0134
 7       E-Mail: Theophous.reagans@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| VY NORNG, | CIVIL NO. 1:09-CV-1505 |
|     Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |
|        v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 40-day extension of time up to and through October 19, 2010, in which to e-file his Cross-Motion. This extension is requested because of Defense Counsel is evaluating the defensibility of this case. Counsel apologizes for not filing this request prior to the date that the Cross-Motion was due. Plaintiff's counsel agreed to stipulate to an extension on or about October 8, 2010, but Defendant's counsel neglected to file the stipulation and request with the Court until today when it was brought to his attention by Plaintiff's counsel that the documents had not been filed. Counsel apologizes for any delay and inconvenience caused to the Court and respectfully requests that the Court grant this unopposed request for extension.

Dated:   September 8, 2010

*(As authorized via email on 9/8/2010*
Denise Bourgeois Haley
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX


Dated:   September 8, 2010            By:   */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney


IT IS SO ORDERED.

Dated:   **September 20, 2010**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE