BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| VY NORNG, ) | CIVIL NO. 1:09-cv-1505-JLT |
| ) | |
| Plaintiff, ) | STIPULATION FOR SENTENCE FOUR REMAND |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

   Upon remand, the ALJ will be directed to obtain and review the prior ALJ's decision, include the decision in the record, develop the record as needed, and issue a new decision.

   It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

///

///

Dated:   September 30, 2010            /s/ Denise Bourgeois Haley
                                       (As authorized via email on 9/30/2010
                                       Denise Bourgeois Haley
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX


Dated:   September 30, 2010       By:  /s/ Theophous H. Reagans
                                       THEOPHOUS H. REAGANS
                                       Special Assistant United States Attorney


                                     ORDER

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated:   **October 20, 2010**                 **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE