IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VY NORNG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:09-cv-01505 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO<br>28 U.S.C. § 2412 (d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 14) |

    Plaintiff Vy Norng and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees, expenses, and costs.  (Doc. 21).

    Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED, that fees and costs in the amount of $3,310 are **AWARDED** to Plaintiff, Vy Norng.

IT IS SO ORDERED.

Dated:   **December 3, 2010**               /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1